



## MEMORANDUM OPINION

No. 04-10-00875-CV

Herbert Allen **SMITH** and Missy Rene Smith,
Appellants

v.

**SAN ANTONIO HOUSING AUTHORITY FOUNDATION, INC.**
d/b/a San Antonio Housing Authority a/k/a SAHA,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-18484
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 5, 2011

DISMISSED

Appellants have filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, which has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against appellants.

PER CURIAM